**Blackie LAWSON, Appellant, v. STATE, Appellee.**

No. 19585.

Court of Criminal Appeals of Texas.

Dec. 22, 1937.

Henry Bishop, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is forgery; penalty assessed at confinement in the penitentiary for three years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**W. D. TULLOS, Appellant, v. STATE, Appellee.**

No. 19430.

Court of Criminal Appeals of Texas.

Dec. 15, 1937.

L. W. Vance, of Mt. Pleasant, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction for forgery; punishment, two years in the penitentiary.

There has been filed herein an affidavit, properly signed by appellant and sworn to by him before the district clerk of Titus county, requesting this court to allow him to withdraw his notice of appeal in this cause, and that the court dismiss this appeal. In accordance with such request this cause is dismissed.

**Bill ENGLE, Appellant, v. STATE, Appellee.**

No. 19499.

Court of Criminal Appeals of Texas.

Dec. 22, 1937.

Wm. E. Davenport, of San Angelo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for three years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.